# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GAMEZ,** : | | |
| Petitioner : | No. 1:14-cv-637 | |
| : | | |
| v. : | (Judge Kane) | |
| : | | |
| **WARDEN D. ZICKEFOOSE,** : | (Magistrate Judge Schwab) | |
| Respondent : | | |

## ORDER

Before the Court in the above-captioned action is the April 8, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 26th day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 8) of Magistrate Judge Schwab;

2) The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DENIED**; and

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania